```
 1  PHILLIP A. TALBERT
    Acting United States Attorney
 2  KYLE R. RATLIFF
    Special Assistant U.S. Attorney
 3  412 TW/JA
    1 South Rosamond Blvd.
 4  Edwards AFB, California 93524
    Phone: (661) 277-4316 / Fax: (661) 277-2887
 5

 6  Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Citation No. 6552319 |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S MOTION AND |
| | ) | PROPOSED ORDER FOR DISMISSAL |
| v. | ) | |
| | ) | |
| AIMEE L. AMADOR, | ) | |
| | ) | |
| Defendant | ) | |

The United States of America, by and through Phillip A. Talbert, Acting United States Attorney, and Kyle R. Ratliff, Special Assistant United States Attorney, hereby moves to dismiss Citation Number 6552319 against AIMEE L. AMADOR without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: June 19, 2017           Respectfully Submitted,
                               Phillip A. Talbert
                               Acting United States Attorney

                         By:   *Kyle R. Ratliff* (signature)
                               Kyle R. Ratliff
                               Special Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED that Citation Number 6552319 against AIMEE L. AMADOR be dismissed without prejudice, in the interest of justice.

Dated: _____June 21_, 2017

_____
HON. JENNIFER L. THURSTON
United States Magistrate Judge